# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| FRANK AUTIN<br>TERRY AUTIN<br>210 ROBYN ST<br>GRAY LA 70359 | 09-13178<br>Chapter 13<br>Section A |

## TRUSTEE'S DIRECTION TO WITHHOLD EARNINGS AND PAY TO TRUSTEE

The above-named debtor(s) having entered a petition in the United States Bankruptcy Court under Chapter 13 of the United States Bankruptcy Code, and having submitted all earnings to the administration of the undersigned Trustee,

IT IS DIRECTED that the employer of TERRY AUTIN:

WALMART
ATTN PAYROLL DEPT
702 SW 8TH ST
BENTONVILLE AR 72716

deduct from said earnings the sum of $123.69 BI-WEEKLY and promptly remit the sums so deducted with the debtor's case number, 09-13178, printed on all checks or vouchers, to:

S. J. BEAULIEU, JR., TRUSTEE
P. O. BOX 113
MEMPHIS, TN 38101

This instruction remains in force until further instructions from the Trustee and supersedes any previous instruction made to the subject employer in this case.

New Orleans, Louisiana, September 22, 2009.

Attorney for debtor:

TIMOTHY P KIRKPATRICK

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee